UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SAMUEL ABDUL,

                      Plaintiff,                  JUDGMENT
    v.                                                  23-CV-07793 (HG)

BAYVIEW ASSET MANAGEMENT, LLC, et al.,

                      Defendants.
---------------------------------------------------------------X

        An Order of the Honorable Hector Gonzalez, United States District Judge, having been filed on April 10, 2024, dismissing Plaintiff's claims with prejudice for failure to prosecute pursuant to Rule 41(b); it is

        ORDERED and ADJUDGED that Plaintiff's claims are dismissed with prejudice for failure to prosecute pursuant to Rule 41(b).

Dated: Brooklyn, New York                              Brenna B. Mahoney
       April 11, 2024                                     Clerk of Court

                                                     By:    */s/Jalitza Poveda*
                                                               Deputy Clerk